# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y. | |
| v. | ★ JUL 01 2005 ★ | **WARRANT FOR ARREST** |
| **MICHAEL MARANDA** | LONG ISLAND OFFICE | **0862M 05** |
| | CASE NUMBER: | |
| **DEFENDANT.** | | |

TO: SPECIAL AGENT RICHARD GAMBA AND ANY AUTHORIZED UNITED STATES OFFICIAL

YOU ARE HEREBY COMMANDED to arrest <u>MICHAEL MARANDA</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n) Complaint

charging him or her with (brief description of offense)

KNOWINGLY RECEIVING, TRANSPORTING AND SELLING IN INTERSTATE COMMERCE AN ENDANGERED SPECIES HAVING A MARKET VALUE IN EXCESS OF $350, TO WIT: AN ASIAN AROWANA, THAT THE DEFENDANT KNEW HAD BEEN TAKEN, POSSESSED, IMPORTED, TRANSPORTED AND SOLD IN VIOLATION OF TITLE 16, U.S.C., SECTION 1538

| In violation of Title <u>16</u> | United States Code, Section(s) <u>3372(A)(1) AND 3373(D)</u> |
|---|---|
| **HONORABLE JAMES ORENSTEIN**<br>Name of Issuing Officer | **U.S. Magistrate Judge**<br>Title of Issuing Officer |
| Signature of Issuing Officer | <u>July 1, 2005; Central Islip, New York</u><br>Date and Location |

Bail fixed at $ _____ By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| **DATE OF ARREST** | | |

| THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: |
|---|
| DEFENDANT'S NAME: |
| ALIAS: |
| LAST KNOWN RESIDENCE: |
| LAST KNOWN EMPLOYMENT: |
| PLACE OF BIRTH: |
| DATE OF BIRTH: |
| SOCIAL SECURITY NUMBER: |
| HEIGHT: |
| WEIGHT: |
| SEX: |
| RACE: |
| HAIR: |
| EYE: |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: |
| FBI NUMBER: |
| COMPLETE DESCRIPTION OF AUTO: |
| INVESTIGATIVE AGENCY AND ADDRESS: |